IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Mariam Mohamed Noor,

        Plaintiff,                              Case No. 2:22-cv-4429
                                                  Judge James L. Graham
    v.                                        Magistrate Judge Jolson

Carriage House Rental Office,

        Defendant.

ORDER

    This matter is before the Court on the Magistrate Judge's Report and Recommendation (doc. 3), in which she recommended on initial screening under 28 U.S.C. § 1915(e)(2) that the complaint be dismissed for failure to state a claim.

    No objections have been filed against the Report and Recommendation. The Court agrees with the Report and Recommendation, hereby adopts it, and DISMISSES this action.

                                                                    s/ James L. Graham
                                                                    JAMES L. GRAHAM
                                                                  United States District Judge

DATE: March 9, 2023